

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA PARKS,

      Plaintiff,

  -v-                    Case No. 99-CV-76405-DT

LAFACE RECORDS, ARISTA RECORDS,
INCORPORATED, BMG ENTERTAINMENT,
OUTKAST, KENNY B. EDMONDS, ANTONIO
M. REID and JOHN and JANE DOES,
AGENTS AND ATTORNEYS,

      Defendants./

**DEFENDANTS' RENEWED MOTION TO SET PLAINTIFF'S DEPOSITION DATE OR FOR ORDER TO SHOW CAUSE CONCERNING MEDICAL CONDITION BEFORE THE HONORABLE MAGISTRATE JUDGE DONALD A. SCHEER**

United States Magistrate Judge
648 U.S. Courthouse
231 West Lafayette
Detroit, Michigan  48226

**(Tuesday, July 13, 2004)**

APPEARANCES:      GREGORY J. REED, ESQUIRE
                     Appearing on behalf of the Plaintiff.

                     FREEMAN L. FARROW, ESQUIRE
                     Appearing on behalf of the Defendants.

                     JOSEPH BECK, ESQUIRE
                     CHRISTOPHER KELLNER, ESQUIRE
                     By telephone on behalf of the Defendants.

REPORTED BY:       MARIE JEDRESKI METCALF, CSMR, CVR, CM
                     Official Court Reporter
                     867 U.S. Courthouse
                     231 West Lafayette
                     Detroit, Michigan  48226

FILED

JUL 14 2004

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

# # OF PAGES IN TRANSCRIPT

15

# ORIGINAL PLACED

# ON SHELF