UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA PARKS,

          Plaintiff,

                                    Case No. 99-CV-76405

vs.

                                    HON. GEORGE CARAM STEEH

LAFACE RECORDS, et al.,

          Defendants.

_____/

ORDER GRANTING MOTION OF NONPARTY DETROIT FREE PRESS
TO INTERVENE, DENYING REQUEST TO OPEN CLOSED HEARINGS, AND
ESTABLISHING PROCESS FOR UNSEALING TRANSCRIPTS OF HEARINGS

      This matter is before the Court on the motion of nonparty Detroit Free Press to intervene and to open sealed materials. A hearing was held on July 14, 2005, and, for the reasons stated on the record, the motion to intervene is GRANTED and the motion to open the closed hearing is DENIED without prejudice.

      In the event any news organization or member of the public wants a copy of the transcript of the hearing held July 14, 2005, or the earlier hearing held on June 30, 2005, they should order a copy of said transcript(s) from Court Reporter Harold Henry by calling him at 313-965-5342. Once the transcripts have been prepared, the Court will forward them to counsel for plaintiff and defendants, with a request to review the transcripts and suggest proposed redactions. The Court will review the proposals made by counsel and make any redactions it finds are appropriate under the controlling law

prior to unsealing the transcripts.


s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated:  July 18, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on July 18, 2005, by
electronic and/or ordinary mail.


s/Josephine Chaffee
Secretary/Deputy Clerk