UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSA PARKS,

        Plaintiff,

                                          Case No. 99-CV-76405

vs.

                                          HON. GEORGE CARAM STEEH

LAFACE RECORDS, et al.,

        Defendants.
_____/

## ORDER DENYING PLAINTIFF'S COUNSEL AND PARKS LEGAL TEAM MEMBERS' MOTION FOR RECONSIDERATION

Plaintiff's counsel and the Parks Legal Team have filed a motion for reconsideration of the court's August 10, 2005 order adopting Guardian Ad Litem's attorney William Campbell's allocation of attorney fees and costs.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

Each of the six arguments made by plaintiff's counsel and the Parks Legal Team Members were previously argued to and considered by the Court. Therefore, the Court finds that plaintiff's counsel and the Parks Legal Team Members have failed to demonstrate a "palpable defect by which the court and the parties have been misled" and that "a different disposition of the case must result from a correction thereof." Therefore,

IT IS HEREBY ORDERED that plaintiff's counsel and the Parks Legal Team Member's motion for reconsideration is DENIED.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: September 19, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on September 19, 2005, by electronic and/or ordinary mail.

s/Josephine Chaffee
Secretary/Deputy Clerk